IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

GREGORY CHERRY
    Petitioner
  v.
ALVIN W. KELLER; RENOICE STANCIL
    Respondents

**Judgment in a Civil Case**

Case Number: 5:10-HC-2072-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the respondent's motion for summary judgment.

**IT IS ORDERED AND ADJUDGED** that respondent's motion for summary judgment is granted and this action is hereby dismissed.

This Judgment Filed and Entered on August 29, 2011, with service on:
George Cherry 0547886, Pamlico Correctional Center, 601 North Third Street, Bayboro, NC 28515 (via U.S. Mail)
Clarence J. DelForge (via CM/ECF Notice of Electronic Filing)

August 29, 2011            /s/ Dennis P. Iavarone
                       Clerk

Raleigh, North Carolina